**TRANSCRIPT ORDER FORM (DKT-13)** <span style="color:red">**READ INSTRUCTIONS ON LAST PAGE BEFORE COMPLETING**</span>

District Court <u>Eastern District of Louisiana</u>    District Court Docket No. <u>24-114</u>

Short Case Title <u>USA v. Matthews</u>

**ONLY ONE COURT REPORTER PER FORM** Court Reporter <u>Karen Ibos</u>

Date Notice of Appeal Filed in the District Court <u>6/10/26</u>    Court of Appeals No. <u>26-30364</u>

**PART I.** (To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made, see instructions on page 2.)

**A. Complete the Following:**

☐No hearings ☐Transcript is unnecessary for appeal purposes ☐Transcript is already on file in the Clerk's Office
 **OR**
 **Check all of the following that apply, include date of the proceeding**.
 This is to order a transcript of the following proceedings: ☐Bail Hearing _____ ■Voir Dire <u>6/23/25</u>
■Opening Statement of Plaintiff <u>6/23/25</u>    ■Opening Statement of Defendant <u>6/23/25</u>
■Closing Argument of Plaintiff <u>6/24/25</u>    ■Closing Argument of Defendant: <u>6/24/25</u>
☐Opinion of court _____    ■Jury Instructions <u>6/24/25</u>    ■Sentencing <u>5/13/26</u>
Other proceedings not listed above:

| Hearing Date(s) | Proceeding | Judge/Magistrate |
|---|---|---|
| 6/23/25 | Full Transcript of Jury Trial Day One | Judge Sarah Vance |
| 6/24/25 | Full Transcript of Jury Trial Day Two | Judge Sarah Vance |
|  |  |  |
|  |  |  |

<span style="color:red">**Failure to specify in adequate detail those proceedings to be transcribed, or failure to make prompt satisfactory financial arrangements for transcript, are grounds for DISMISSAL OF APPEAL.**</span>

**B. This is to certify satisfactory financial arrangements have been made. Method of Payment:**

☐Private Funds;   ■Criminal Justice Act Funds (**Enter Authorization-24 via eVoucher**);
☐Other IFP Funds;   ☐Advance Payment Waived by Reporter;   ☐U.S. Government Funds

☐Other_____

Signature <u>/s/ Jane Hogan</u>    Date Transcript Ordered <u>6/22/26</u>

Print Name <u>Jane Hogan</u>    Phone <u>985-542-7730</u>

Counsel for <u>Jovante Matthews</u>

Address <u>310 N. Cherry Street, Hammond, LA 70401</u>

Email of Attorney: <u>jane@hoganattorneys.com</u>

**PART II. COURT REPORTER ACKNOWLEDGMENT** (To be completed by the court reporter and filed with the Court of Appeals within 10 days after receipt. Read instructions on page 2 before completing.)

| Date Transcript Order Received | Date Satisfactory Arrangements for Payment were Made | Estimated Completion Date | Estimated Number of Pages |
|---|---|---|---|
|  |  |  |  |

Payment arrangements have NOT been made or are incomplete.

Reason: ☐Deposit not received ☐Unable to contact ordering party ☐Awaiting creation of CJA 24 eVoucher

☐Other (Specify) _____

Date _____ Signature of Reporter _____ Tel._____

Email of Reporter _____

**Part III. NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT** (To be completed by court reporter on date of filing transcript in the District Court. This completed form is to be-filed with the Court of Appeals.)

This is to certify that the transcript has been completed and filed at the District Court today.

Actual Number of Pages _____    Actual Number of Volumes _____

Date _____ Signature of Reporter _____